*Note: margin note reads:* ALBANY, Feb. 1824. Platt v. Osborn.

---

PLATT *against* OSBORN & HUTCHINS.

ASSUMPSIT for money had and received. The action was brought to recover back money which had been rightfully received by the defendants, as trustees of a school district in the town of Louisville, in the county of St. Lawrence, under a resolution of the inhabitants of that district, imposing a tax on the plaintiff and others for the intended purpose of building a school house; but which resolution was afterwards rescinded and the purpose of building the school house was utterly abandoned, and no expense was incurred

*Note: margin note reads:* Statutes giving double costs to certain officers who succeed in actions brought against them, "for or concerning any matter or thing done by virtue of their offices," (as in sess. 43, ch.

122, s. 2, relative to school trustees,) apply only to acts of *mal-feasance,* not to those of *non feasance;* as detaining money which they may have officially received.

under the resolution. The suit was brought on the ground that the consideration of the payment had thereby failed, whereby the money, *ex æquo et bono* belonged to the plaintiff. On trial, at the last circuit in St. Lawrence county, the plaintiff was nonsuited; and now, on affidavits showing the above facts,

*W. H. Maynard,* for the defendants; moved for double costs. He relied upon the act, (sess. 43, ch. 132, s. 2,) passed 30th March, 1820, giving double costs to trustees of school districts when they succeed in an action brought against them, *for, or concerning any matter or thing done by virtue of their office.*

*J. Platt,* contra. The words of the statute import some act of *mal-feasance,* not merely a *non-feasance.* There is a similar statute in England relative to the overseers of the poor, and yet it was holden not to apply to an action of assumpsit for the non-payment of the price of goods sold to them. (*Blanchard* v. *Bramble,* 3 M. &. S. 131, 2 Dunl. Pr. 732.)

*Maynard,* in reply. The statute is *for or concerning any matter or thing,* &c. Here was an act done by the defendants in virtue of their office. The money was received and withheld by them as trustees. In assumpsit against a Sheriff, for money received by him as an officer, I believe the Court have allowed him double costs on a nonsuit or verdict passing in his favor.

*Curia.* The case of *Blanchard* v. *Bramble,* (3 M. & S. 131,) is in point, and contains the true distinction. In construing this and the like statutes, allowing double costs, there is a distinction in reason, as well as authority, between acts of *mis-feasance,* and those merely of *non-feasance.* The latter is often a mere omission to fulfil a contract, which does not call for the protection of the statute.